FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ JUL 18 2016
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
NAQUONE TAYLOR,

                 Plaintiff,

    -against-

VERA CRUZ ON BEDFORD AVE. CORP.
and KJM WEST 138 REALTY CORP.,

                 Defendants.
----------------------------------------------------------X

JUDGMENT
15-CV- 5863 (ENV)

        An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on July 13, 2016, adopting in its entirety the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated June 17, 2016; and dismissing the complaint pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and directing the Clerk of Court to close the case; it is

        ORDERED and ADJUDGED that the complaint is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; and that the case is closed.

Dated: Brooklyn, New York
       July 18, 2016

                                        Douglas C. Palmer
                                        Clerk of Court

                            by:   */s/ Janet Hamilton*
                                  Deputy Clerk